**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JULIA S. UNZICKER, | |
| Plaintiff, | Case No. 1:18-cv-04805 |
| v. | Honorable Judge Manish S. Shah |
| HUNTER WARFIELD, INC., | Honor Magistrate Judge Maria Valdez |
| Defendant. | |

### NOTICE OF SETTLEMENT

Plaintiff, JULIA S. UNZICKER, hereby notifies the Court that Plaintiff and Defendant, HUNTER WARFIELD, INC., have reached settlement as to all claim(s), and are in process of completing the settlement agreement and filing the notice of voluntary dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

Respectfully submitted this 20th day of September, 2018.

    Respectfully submitted,

    *s/ Marwan R. Daher*
    Marwan R. Daher
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    mdaher@sulaimanlaw.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                     *s/ Marwan R. Daher*\_\_\_\_\_
                                                     Marwan R. Daher